IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:20-cr-14-AW-MAL
     1:23-cv-50-AW-MAL

**MARK DAVID LAFRENIER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the magistrate judge's report and recommendation (ECF No. 56), to which there has been no objection, the court now orders the following:

1. The report and recommendation (ECF No. 56) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "The motion for § 2255 relief is denied."

3. A certificate of appealability is denied.

4. The clerk will close the file.

SO ORDERED on October 10, 2023.

                    s/ *Allen Winsor*
                    United States District Judge