IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:20-cr-14-AW-MAL
    1:22-cv-50-AW-MAL

**MARK DAVID LAFRENIER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court earlier adopted the magistrate judge's report and recommendation, denied the § 2255 motion, and entered final judgment. ECF Nos. 57, 58. No objections had been filed. Then, Defendant moved for an extension on his deadline to object to the report and recommendation. ECF No. 59. Recognizing that this motion and the final judgment may have crossed in the mail, the court granted the motion, vacated the earlier order and judgment, and extended to November 20, 2023, Defendant's deadline to submit objections. ECF No. 60.

The new, extended deadline has now come and gone, and Defendant has again filed no objection. As before, I conclude the report and recommendation should be adopted and that the § 2255 motion should be denied.

The court now orders the following:

1. The report and recommendation (ECF No. 56) is adopted and incorporated into this order.

1

2. The clerk will enter a new judgment that says, "The motion for § 2255 relief is denied."

3. A certificate of appealability is denied.

4. The clerk will again close the file.

SO ORDERED on December 4, 2023.

                                                  s/ *Allen Winsor*  
                                                  United States District Judge